# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

LOUIS CORDONA BUGGS,         Civil No. 08-326 (JRT/JJG)

          Petitioner,

v.        **ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

LYNN DINGLE,

          Respondent.

___

Louis Cordona Buggs, #190663, 970 Pickett Street North, Bayport, MN 55003, petitioner *pro se*.

Peter R. Marker, **OFFICE OF THE MINNESOTA ATTORNEY GENERAL**, 445 Minnesota Street, Suite 900, St Paul, MN 55101, for respondent.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

    **IT IS HEREBY ORDERED** that:

    1. Petitioner's application for a writ of habeas corpus, [Docket No. 1], is DENIED;

    2. Petitioner's application to proceed in forma pauperis, [Docket No. 2], is DENIED; and

    3. This action is DISMISSED WITH PREJUDICE.

DATED: April 16, 2008
at Minneapolis, Minnesota.        s/John R. Tunheim
                                         JOHN R. TUNHEIM
                                     United States District Judge